UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No.: 7:17-CR-134-1FL

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | **ORDER** |
| | ) | |
| FRANK GILES MCCREE, | ) | |
| Defendant. | ) | |

This matter is before the Court on a motion for a competency evaluation pursuant to 18 U.S.C. § 4241 filed by Defendant, Frank Giles McCree. For good cause shown, the motion is ALLOWED. It is hereby ORDERED that a psychiatric or psychological examination of Mr. McCree be conducted pursuant to 18 U.S.C. § 4247(b) in order to determine whether he is presently suffering from a mental disease or defect rendering him mentally incompetent. The evaluation will determine whether Mr. McCree understands the nature and consequences of the proceedings against him and whether he can properly assist in his defense. Thirdly, the evaluation will determine, at the time of the alleged offenses, whether Mr. McCree appreciated the criminality of this alleged actions and/or was capable of conforming his behavior to the law.

Following the examination, a report shall be filed with the Court and copies served on counsel for Mr. McCree and the United States Attorney as provided by 18 U.S.C. § 4247(c). The delay occasioned by the granting of the motion is hereby excluded from computation for speedy trial purposes pursuant to 18 U.S.C. § 3161(h)(8)(A). The

Court finds, after weighing all relevant factors, that the interests of justice are best served by granting the motion.

      IT IS SO ORDERED.

This the 9th day of February, 2018.

                                            LOUISE W. FLANAGAN
                                            United States District Judge