UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:17-CR-134-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| FRANK GILES MCCREE, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the court on Defendant Frank Giles McCree's oral motion to have his arraignment set before a District Judge. McCree appeared before the undersigned Magistrate Judge for his scheduled arraignment on June 4, 2020. At that time, McCree did not consent to proceed with his arraignment before a Magistrate Judge and expressed his desire to have his arraignment set before a District Judge. For good cause shown, the oral motion is allowed, and the arraignment is continued to **Thursday, June 11, 2020 at 9:30 a.m.** via videoconference before United States District Judge Louise W. Flanagan. The court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and defendant in a speedy trial. It is therefore ordered further that the period of delay necessitated by this continuance is excluded from the speedy trial computation pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED, this the 4th day of June, 2020.

Robert B. Jones, Jr.
United States Magistrate Judge